**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6568

KIRK LEE LONEY,

Plaintiff - Appellant,

v.

MARK SIMS, Officer, Richmond Police Department, sued in both
official and individual capacity; UNKNOWN # 1, Officers,
Fed. State and City; GEORGE, Trooper, Virginia State Police,
sued in individual capacity,

Defendants – Appellees,

and

M. A. HARRISON, Officer, Badge #1925, Richmond Police
Department, sued in both official and individual capacity;
C. L. MARTIN, Officer, Richmond Police Department, sued in
both official and individual capacity; HERMAN LONEY,
Captain, Richmond Police Department, sued in both official
and individual capacity; HIXSON, Officer, Richmond Police
Department, sued in both official and individual capacity;
UNKNOWN #2, Officers, Richmond Police Department; UNKNOWN
#3, Trooper George's Supervisor, Virginia State Police, sued
in individual capacity; UNKNOWN #4, Police and Agents,
Virginia State Police, sued in individual capacity; UNKNOWN
#5, E.R. Staff, Hospital Staff and Sheriff Deputies, V.C.U.
Health Care Systems, sued in both official and individual
capacity; C. T. WOODY, Sheriff, Richmond City Jail, sued in
both official and individual capacity; KERNELLE WILLIAM
BURNETTE, Richmond City Jail, sued in both individual and
official capacity; UNKNOWN #6, Captain of Medical, Richmond
City Jail, sued in both individual and official capacity;
UNKNOWN #7, Captain of Jail House Operations, Richmond City
Jail, sued in both individual and official capacity; UNKNOWN
#8, Captain of Records Department, Richmond City Jail, sued
in both individual and official capacity; UNKNOWN #9, All
Medical Staff, Richmond City Jail, sued in both individual

and official capacity; UNKNOWN #10, All Deputies Working A-2 left and Deputies who worked my hospital stay, Richmond City Jail, sued in both individual and official capacity; JEFFREY FRAZIER, Superintendent, Northern Neck Regional Jail, sued in individual capacity; SUDDUTH, Captain, Northern Neck Regional Jail, sued in individual capacity; UNKNOWN #11, Nursing Staff and Doctors, Northern Neck Regional Jail, sued in individual capacity; UNKNOWN #12, Correctional Officers, Northern Neck Regional Jail, sued in individual capacity; HICKEY, Captain, Northern Neck Regional Jail, sued in individual capacity; FREDERICK, Ms., Grievance Coordinator, Northern Neck Regional Jail, sued in individual capacity; UNKNOWN #13, Alcohol, Tobacco and Firearm Agents, sued in individual capacity; PATRICIA R. STANSBERRY, Warden, FCC Petersburg, sued in individual capacity; EVANS, Captain, FCC Petersburg, sued in individual capacity; TUSHAR C. SHAH, Dr., FCC Petersburg, sued in individual capacity; BENJAMIN RICE, Dr., FCC Petersburg, sued in individual capacity; ALEJANDRO HADDED, P.A., FCC Petersburg, sued in individual capacity; YERGA, P.A., FCC Petersburg, sued in individual capacity; PUGH, Dr., FCC Petersburg, sued in individual capacity; ENGEL, Associate Warden, FCC Petersburg, sued in individual capacity; CUFFEE, Counselor, FCC Petersburg, sued in individual capacity; BROWN, Case Manager, FCC Petersburg, sued in individual capacity; KIDDY, Unit Manager, FCC Petersburg, sued in individual capacity; NAGAL, Dr., FCC Petersburg, sued in individual capacity; DOUGLAS L. WILDER, Mayor, sued in both official and individual capacity; RODNEY MONROE, Ex-Richmond Police Chief, sued in both official and individual capacity; DREW, Captain, Richmond Police Department, sued in both official and individual capacity,

Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:08-cv-00820-REP)

---

Submitted: September 27, 2012          Decided: October 1, 2012

---

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

_____

Kirk L. Loney, Appellant Pro Se.  Brian Kraig Telfair, Deputy City Attorney, Richmond, Virginia; George Walerian Chabalewski, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kirk Lee Loney appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Loney v. Sims, No. 3:08-cv-00820-REP (E.D. Va. Feb. 24, 2012 & Apr. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED